IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>East Coast Truck & Trailer Repair LLC,<br><br>                              Defendant. | Adv. No. 25-51325 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on November 13, 2025, via

| X | Electronic mail, addressed to: |
|---|---|

<u>Counsel for Defendant</u>
Leon P. Haller, Esq.
PURCELL, KRUG & HALLER
Email: Lhaller@PKH.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 13, 2025                   /s/ *Jean Esslinger*
                                                   Jean Esslinger
                                                   ASK LLP
                                                   2600 Eagan Woods Drive, Suite 400
                                                   Saint Paul, MN 55121